**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**MICHELLE DOERS,**

      **Plaintiff,**

**v.**                                  **Case No.  8:14-cv-3168-T-30AEP**

**LINCARE, INC. d/b/a**
**PEDIATRIC SPECIALISTS,**

      **Defendant.**

_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant's Supplemental Brief to Defendant's Motion in Limine (Dkt. 59) and Plaintiff's Response in Opposition (Dkt. 64). The Court, having considered the parties' filings, and being otherwise advised in the premises, concludes that the motion should be granted in part and denied in part.

During the pre-trial conference, the Court requested additional briefing on the issue of whether the Americans with Disabilities Act ("ADA") permits a plaintiff to seek damages associated with a physical injury. The Court requested this briefing in light of two letters from Plaintiff's doctors that stated, in relevant part, that Plaintiff's work environment caused Plaintiff to develop ulcerative colitis.[1] After reviewing the parties' briefs with respect to this issue, the Court concludes that Plaintiff's doctors are excluded from testifying about the

---

[1] The Court excluded these letters. (Dkt. 55).

causation or aggravation of any physical injury Plaintiff has suffered as a result of her emotional condition.    However, Plaintiff, herself, may testify about the physical manifestations of her anxiety and panic disorder, which could possibly include an exacerbation of any digestive issues, including ulcerative colitis.

It is therefore **ORDERED AND ADJUDGED** that Defendant's Supplemental Brief to Defendant's Motion in Limine (Dkt. 59) is granted in part and denied in part to the extent discussed herein.

**DONE** and **ORDERED** in Tampa, Florida on May 2, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2014\14-cv-3168.MIL-physical injuries.wpd